MD-JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE PIPE & SUPPLY, INC., a California Corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUTINHO & FERROSTAAL, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. CV 09-05776 PJW<br><br>Hon. Patrick J. Walsh<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL** |
| COUTINHO & FERROSTAAL INCORPORATED, a Delaware Corporation,<br><br>    Counter-Claimant,<br><br>    vs.<br><br>STATE PIPE & SUPPLY, INC., a California Corporation,<br><br>    Counter-Defendant. | Settlement Conference Held: July 13, 2010<br>Trial Date:                     Vacated |

GOOD CAUSE appearing based upon the Stipulation by and between Plaintiff/Counter-Defendant State Pipe and Supply, Inc. ("State Pipe") and Defendant/Counter-Claimant Coutinho & Ferrostaal, Inc. ("CFI") dated March 22, 2011;

IT IS HEREBY ORDERED THAT the case be dismissed with prejudice with each party bearing their own costs.

IT IS FURTHER ORDERED THAT the Honorable Patrick J. Walsh will retain jurisdiction over this case, to resolve any and all potential disputes arising from the settlement agreement entered into by State Pipe and CFI, until the terms of the settlement agreement are fulfilled by both parties.

Dated: March 24, 2011

_____
Honorable Patrick J. Walsh
United States Magistrate Judge

[PROPOSED] **ORDER RE: DISMISSAL**